UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CYNTHIA ROSETTA CATCHINGS AND EDWARD EARL CATCHINGS, JR.     NO. 10-03173-NPO

## MOTION TO CONVERT TO CHAPTER 7

Comes now the Debtor(s), CYNTHIA ROSETTA CATCHINGS AND EDWARD EARL CATCHINGS, JR. , and moves this Honorable Court to allow the Debtor(s) to Convert a case under Chapter 13 of the Bankruptcy Code into Chapter 7 and in support thereof would show unto the Court the following:

1. That the Debtor(s) desire to convert from chapter 13 to chapter 7 of the bankruptcy code.

SO MOVED on this, November 1, 2010..

Respectfully submitted,

BY:_/s/ Richard R. Grindstaff_
RICHARD R. GRINDSTAFF

RICHARD R. GRINDSTAFF
Attorney at Law, Ms Bar No. 5036
P.O. Box 720517
Byram MS 39272
Phone: (601) 346-6443
Fax: (601) 346-6448

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned attorney of record for the Debtor, have this date mailed, postage prepaid, by United States Mail, or electronic mail, a true and correct copy of the above and foregoing Motion to the following at their usual mailing addresses or electronic addresses:

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson MS 39296-4476

Office of the U.S. Trustee
Suite 706, Federal Building
100 W. Capitol St.
Jackson, MS  39269

SO CERTIFIED on this, November 1, 2010..

_/s/ Richard R. Grindstaff_____
RICHARD R. GRINDSTAFF